## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS' LOCAL UNION NO. 100 WASHINGTON, D.C. AREA PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> RALPH J. MEYER COMPANY <br> 3101 Smallman Street <br> Pittsburgh, Pennsylvania 15201, <br><br> Defendant, <br><br> FIRST NIAGARA BANK, <br> 217 N. Highland Avenue <br> Pittsburgh, PA 15206 <br><br> Garnishee. | CASE NO. 2:11-mc-00131-GLL |

### ORDER

AND NOW, this 15th day of February, 2012, pursuant to an Order entered by this Honorable Court on December 1, 2011 in which Garnishee First Niagara Bank relinquished $55,605.24 on behalf of the Defendant Ralph J. Meyer Company to Plaintiffs, it is HEREBY ORDERED and DECLARED that the garnishment against Garnishee First Niagara Bank as to Defendant Ralph J. Meyer Company, Inc. in the instant matter is released.

_____
CHIEF UNITED STATES DISTRICT JUDGE